[No. 2154–2.   Division Two.   July 15, 1977.]

EDWARD A. GOULD, SR., ET AL, *Appellants,* v. WAYNE L. METS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 40167, Frank L. Price, J., entered October 22, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.


[No. 2386–2.   Division Two.   July 15, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL R. DURHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 49082, James V. Ramsdell, J., entered May 14, 1976. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.


[No. 1920–3.   Division Three.   July 15, 1977.]

HARVEY A. SHADDUCK, ET AL, *Respondents,* v. WEYMETH C. McGREW, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 227670, William J. Grant, J., entered February 23, 1976. *Affirmed* by unpublished per curiam opinion.


[No. 2026–3.   Division Three.   July 15, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN LYLE PRESZLER, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 4207, Fred R. Staples, J., entered May 26, 1976. *Affirmed* by unpublished per curiam opinion.